**No. 60327.**—Kersten Shipping Agency, Inc. v. United States, protest 289537–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the landed net weight for the shipment of polyvinyl chloride was 177,967 pounds, rather than 179,967 pounds, the merchandise was held dutiable at 3 cents per pound and 15 percent ad valorem under paragraph 2, as modified, *supra*, on a net weight of 177,967 pounds.

BEFORE THE FIRST DIVISION, NOVEMBER 8, 1956

**No. 60328.**—S. Stern, Henry & Co. et al. v. United States, protests 183248–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.